IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TALITHA SOGHOIAN, <br><br> Plaintiff, <br><br> -v- <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security <br><br> Defendant. | Civil Action No. 1-12-cv-1232 |

## ORDER

Before the Court are parties' cross-Motions for Summary Judgment (Dkt. Nos. 11 and 15). The Magistrate Judge issued a Report and Recommendation on February 19, 2014 (Dkt. No. 19). No objections to the report were filed. The Court has reviewed the pleadings in this case, as well as the Report and Recommendation, and hereby adopts the findings of the Magistrate Judge. It is therefore **ORDERED**:

1. Plaintiff's Motion for Summary Judgment (Dkt. No. 15) is **DENIED**;

2. Defendant's Motion for Summary Judgment (Dkt. No. 11) is **GRANTED**; and

3. The final decision of the Commissioner is **AFFIRMED**

March 12, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge